Frank T. Baird, Defendant in Error, v. Gustav K. Nelson, Plaintiff in Error.

Gen. No. 20,141.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOSEPH E. RYAN, Judge, presiding.  Heard in the Branch Appellate Court at the March term, 1914.  Reversed.  Opinion filed December 22, 1914.

## Statement of the Case.

Action by Frank T. Baird against Gustav K. Nelson for real estate commissions alleged to be due for procuring a purchaser for defendant's premises.  From a judgment against defendant in favor of plaintiff, defendant brings error.

MARTIN & MARTIN, for plaintiff in error.

FRANCIS A. McDONNELL, for defendant in error.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Abstract of the Decision.

BROKERS, § 51*—*what constitutes procuring cause of sale.* Where
it appeared that the owner and purchaser of property were brought
·together through an agent in June, 1912, when the sale was effected,
and plaintiff had submitted the property to the same party about
April, 1911, but negotiations for its sale ceased after September,
1911, and plaintiff never disclosed the name of the prospective pur-
chaser to the owner or his agent, nor the name of the owner to the
prospective purchaser, though requested to do so, and the prospective
purchaser did not accept the terms submitted by the plaintiff, the
evidence is *held* to show that the negotiations between the plaintiff
and the purchaser were abandoned and that the plaintiff's efforts
were not the procuring cause of the sale such as to entitle him to
recover commissions.